UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Chapter 11 Case No.<br>08-13555 (JMP)<br><br>(Jointly Administered) |
| Lehman Brothers Holdings Inc., in its capacity as Plan Administrator on behalf of Lehman Brothers Special Financing Inc.<br><br>    Plaintiff,<br><br>v.<br><br>LCOR Alexandria L.L.C.,<br>PTO Holdings LLC, and<br>Does 1-10<br><br>    Defendants. | Adv. Proc. No. 13-01689 (JMP)<br><br>**RULE 7007.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

    Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendants LCOR Alexandria L.L.C. ("LCOR") and PTO Holdings LLC ("PTO"), by and through their undersigned counsel, make the following disclosure: LCOR is wholly owned by LCOR PTO Headquarters LLC. LCOR PTO Headquarters LLC is wholly owned by Rosegreen Trust. PTO is the Term Interest Owner of Rosegreen Trust, and PTO Realty Remainderman LLC is the Remainderman. PTO is owned by Green Lowe GSA LLC, Related GSA Holdings, LLC, and JMP-PTO Realty LLC.

    None of the entities identified herein are publicly traded.

Dated: March 20, 2014
       New York, New York

DLA PIPER LLP (US)

By:   */s/ Thomas R. Califano*
Thomas R. Califano
Christopher P. Hall
Michael D. Hynes
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4800

*Attorneys for Defendants LCOR Alexandria L.L.C. and PTO Holdings LLC*